```
                        United States Bankruptcy Court
                         Eastern District of California

In re:                                                    Case No. 13-27126-C
Aaron Andrew Johnson                                      Chapter 7
Kathleen Marie Johnson
         Debtors
                            CERTIFICATE OF NOTICE
District/off: 0972-2          User: admin              Page 1 of 3      Date Rcvd: May 29, 2013
                              Form ID: b9a             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2013.
db/jdb     +Aaron Andrew Johnson,    Kathleen Marie Johnson,    13824 Dry Creek Rd.,    Auburn, CA 95602-8482
aty        +Stephen J. Johnson,    13620 Lincoln Way #220,    Auburn, CA 95603-3263
20531810    AAA NCNU Insurance Exchange,    PO Box 30270,    Los Angeles CA 90030-0270
20531814   +Bay Area Credit Service LLC,    1901 W 10th St,    Antioch CA 94509-1380
20531816   +Cap1 Bstby,    Po Box 5253,    Carol Stream IL 60197-5253
20531820   +Doerken Properties Inc,    1448 15th St 100,    Santa Monica CA 90404-2756
20531821    Employment Development Department,    PO Box 989061,    West Sacramento CA 95798-9061
20531823   +Franklin Collection Sv Original Credit,    2978 W Jackson St,    Tupelo MS 38801-6731
20531828   +Glelsi Sallie Mae,    Po Box 7860,    Madison WI 53707-7860
20531833   +Lewis Miller Company Inc,    PO Box 15205,    Sacramento CA 95851-0205
20531834   +Msb Gila Grp Original Creditor Smud,    6505 Airport Bv Suite 100,    Austin TX 78752-3630
20531835    Sierra Nevada Memorial Hospital,    PO Box 101030,    Pasadena CA 91189-1030
20531836   +The Barter Club,    PO Box 7183,    Auburn CA 95604-7183
20531842   +US Bank,    Two Meridian Crossings,    Minneapolis MN 55423-3963
20531839    Us Bank,    Cb Disputes,    St Louis MO 63166
20531844   +Us Dept Of Education,    Po Box 5609,    Greenville TX 75403-5609
20531845   ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
             (address filed with court: Wfds Wds,    Po Box 1697,    Winterville NC 28590)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         +EDI: BJRROBERTS.COM May 29 2013 11:23:00      John R. Roberts,    PO Box 1506,
             Placerville, CA 95667-1506
smg         EDI: EDD.COM May 29 2013 11:23:00      Employment Development Department,
             Bankruptcy Group, MIC 92E,    PO Box 826880,    Sacramento, CA 94280-0001
smg         EDI: CALTAX.COM May 29 2013 11:23:00      Franchise Tax Board,    PO Box 2952,
             Sacramento, CA 95812-2952
20531813    EDI: ATTWIREBK.COM May 29 2013 11:23:00      AT T West,    Payment Center,
             Sacramento CA 95887-0001
20531812   +EDI: AMEREXPR.COM May 29 2013 11:23:00      Amex,    P O Box 981537,    El Paso TX 79998-1537
20531811   +EDI: AMEREXPR.COM May 29 2013 11:23:00      Amex,    Po Box 297871,    Fort Lauderdale FL 33329-7871
20531815    EDI: CAPITALONE.COM May 29 2013 11:23:00      Cap One,    Po Box 85520,    Richmond VA 23285
20531817   +EDI: CHASE.COM May 29 2013 11:23:00      Chase,    Po Box 15298,    Wilmington DE 19850-5298
20531818   +EDI: CITICORP.COM May 29 2013 11:23:00      Citi,    Po Box 6241,    Sioux Falls SD 57117-6241
20531819   +EDI: DISCOVER.COM May 29 2013 11:23:00      Discover Fin Svcs Llc,    Po Box 15316,
             Wilmington DE 19850-5316
20531822   +E-mail/Text: bankruptcy@firstelectronicbankusa.com May 29 2013 11:19:36      Feb Frys,
             280 W 10200 S Ste 200,    Sandy UT 84070-4267
20531825   +EDI: RMSC.COM May 29 2013 11:23:00      Gecrb Jcp,    Po Box 965007,    Orlando FL 32896-5007
20531824    EDI: RMSC.COM May 29 2013 11:23:00      Gecrb Jcp,    Po Box 984100,    El Paso TX 79998
20531826    EDI: RMSC.COM May 29 2013 11:23:00      Gecrb Olnd,    P O Box 965005,    Orlando FL 32896-5005
20531827   +EDI: RMSC.COM May 29 2013 11:23:00      Gecrb Sams Club Dc,    Po Box 965005,
             Orlando FL 32896-5005
20531829   +EDI: HFC.COM May 29 2013 11:23:00      Hsbc Bank,    Po Box 5253,    Carol Stream IL 60197-5253
20531830   +EDI: HFC.COM May 29 2013 11:23:00      Hsbc Bsbuy,    Po Box 5253,    Carol Stream IL 60197-5253
20531831   +EDI: HFC.COM May 29 2013 11:23:00      Hsbc Gotts,    P O Box 703,    Wood Dale IL 60191-0703
20531832   +E-mail/Text: ebnsterling@weltman.com May 29 2013 11:19:12      Kay,    375 Ghent Rd,
             Akron OH 44333-4600
20531837   +EDI: USBANKARS.COM May 29 2013 11:23:00      U S Bank S L,    Po Box 2710,    Spokane WA 99220-4010
20531841    EDI: USBANKARS.COM May 29 2013 11:23:00      US Bank,    PO Box 790408,    Saint Louis MO 63179-0408
20531840    EDI: USBANKARS.COM May 29 2013 11:23:00      Us Bank,    Cb Disputes Po Box 108,
             Saint Louis MO 63166
20531838    EDI: USBANKARS.COM May 29 2013 11:23:00      Us Bank,    Po Box 5227,    Cincinnati OH 45201
20531843    EDI: USBANKARS.COM May 29 2013 11:23:00      Us Bank Na Nd,    4325 17th Ave S,    Fargo ND 58125
                                                                                             TOTAL: 24

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0972-2          User: admin              Page 2 of 3              Date Rcvd: May 29, 2013
                              Form ID: b9a             Total Noticed: 41

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 30, 2013**                           **Signature:**           *Joseph Speetjens*

Case 13-27126    Filed 05/29/13    Doc 8

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2013 at the address(es) listed below:
NONE.                                                                                                TOTAL: 0
```

Case 13-27126    Filed 05/29/13    Doc 8

FORM b9a Notice of Chapter 7 Individual or Joint Debtor No Asset Case  (v.12.12)   13–27126 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/24/13 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed above. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations.**

| Case Number: | 13–27126 – C – 7 |
|---|---|

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address(es):

Aaron Andrew Johnson
xxx–xx–7894

13824 Dry Creek Rd.
Auburn, CA 95602

Kathleen Marie Johnson
xxx–xx–2602

13824 Dry Creek Rd.
Auburn, CA 95602

| **Debtor's Attorney:** | Stephen J. Johnson<br>13620 Lincoln Way #220<br>Auburn, CA 95603 | **Trustee:** | John R. Roberts<br>PO Box 1506<br>Placerville, CA 95667 |
|---|---|---|---|
| **Telephone Number:** | 530–823–3655 | **Telephone Number:** | 530–626–4732 |

### MEETING OF CREDITORS
**Location:** Robert T Matsui United States Courthouse, 501 I Street, Room 7–C, 7th Floor, Sacramento, CA
**Date & Time:** 6/20/13    11:00 AM

The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors. See Explanations and Important Notice to Individual Debtors on reverse side.

**Presumption of Abuse under 11 U.S.C. § 707(b)** – See "Presumption of Abuse" on the reverse side.
The presumption of abuse does not arise.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge *or* to Challenge the Dischargeability of Certain Debts:**
**8/19/13**
**Deadline to Object to Exemptions:   Thirty (30) days after the conclusion of the meeting of creditors.**

### Creditors May Not Take Certain Actions
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

**It is unnecessary to file claims at this time** because it does not appear from the schedules that enough assets are available for payment of a dividend to creditors. If sufficient assets become available, you will be sent a Notice to File Claims.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "It Is Unnecessary to File a Proof of Claim at This Time" on the reverse side.

Dated:
5/28/13

For the Court,
Wayne Blackwelder , Clerk

FORM b9a
(Continued)

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; starting or continuing lawsuits or foreclosures; repossessing the debtor's property; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.<br>**Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government issued photo identification and proof of social security number to the trustee at the meeting of creditors. *Failure to appear at the meeting of creditors, or failure to provide proper identification and proof of social security information, may result in a motion to dismiss your case.* |
| It is Unnecessary to File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *It is therefore unnecessary to file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a) (2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

**––– Refer to Other Side For Important Deadlines and Notices –––**